**Order entered October 1, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00853-CV

**BARBARA SOULES YOUNG AND AMY GANCI, Appellants**

**V.**

**ROBERT AND HOLLIE KRANTZ, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04768**

## ORDER

The Court has before it appellants' September 25, 2013 motion to extend time to file their brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellants on September 17, 2013 be timely filed as of today's date.

/s/    ELIZABETH LANG-MIERS
        JUSTICE